```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 14978
    FREDERICK WILLIAMS
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-6557


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/11/2008 and was not confirmed.

    The case was dismissed without confirmation 09/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED VEHIC          .00          .00            .00
SANTANDER CONSUMER USA   UNSECURED        NOT FILED          .00            .00
ELK GROVE VILLAGE        UNSECURED        NOT FILED          .00            .00
SBC                      UNSECURED           245.76          .00            .00
BAD CHECK RESTITUTION PR UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING  UNSECURED          4130.00          .00            .00
COMCAST                  UNSECURED        NOT FILED          .00            .00
UNIV OF ILL DEPT OF NEUR UNSECURED        NOT FILED          .00            .00
U OF I ER                UNSECURED        NOT FILED          .00            .00
UNIVERSITY OF ILLINOIS H UNSECURED           720.00          .00            .00
MERCHANTS CREDIT GUIDE C UNSECURED        NOT FILED          .00            .00
SOCIAL SECURITY          UNSECURED        NOT FILED          .00            .00
ARROWOOD INDEMNITY       UNSECURED         15847.77          .00            .00
US DEPT OF EDUCATION     UNSECURED          2018.11          .00            .00
NORTH & TALMAN LIMITED P NOTICE ONLY      NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT        14.00          .00          14.00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,500.00                      403.60
TOM VAUGHN               TRUSTEE                                          32.40
DEBTOR REFUND            REFUND                                          200.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   650.00

PRIORITY                                           14.00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                     403.60
TRUSTEE COMPENSATION                                32.40
DEBTOR REFUND                                      200.00
                         --------------         --------------
TOTALS                    650.00                   650.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 14978 FREDERICK WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE